**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6646**

KEVIN HERRIOTT,

> Plaintiff - Appellant,

> v.

AARON JOYNER, Individual and official capacity; TISDALE, Associate Warden for Security, Individual and official capacity; RAY, Major for Security, individual and official capacity; COMMANDER, Captain, individual and official capacity; GREENE, Lieutenant, individual and official capacity; ALFAS, Officer, individual and official capacity; MINOR, Officer, individual and official capacity; COXUM, Sergeant, individual and official capacity; GREGG; JOHN DOE 1; JOHN DOE 2,

> Defendants - Appellees,

> and

MICHAEL STEPHEN, Warden for Broad River, individual and official capacity; JOHN DOE, Associate Warden for Security, individual and official capacity; PARRISH, Major, individual and official capacity; CARTER, Captain, individual and official capacity; WILL, Lieutenant, individual and official capacity; DUNN, Officer, individual and official capacity; MALNADO, Officer, individual and official capacity; MITCHELL, Mailroom Official, individual and official capacity; MATA, Officer, individual and official capacity; LEVELS, Sergeant, individual and official capacity; VELA, Lieutenant, individual and official capacity; MCCABE, Acting Warden for Kershaw, individual and official capacity; FORD, Associate Warden, individual and official capacity; CANTY, Associate Warden, individual and official capacity; SMITH, Major, individual and official capacity; DAVIS, Captain, individual and official capacity; DANLEY, Lieutenant, individual and official capacity; BLACKWELL, Sergeant, individual and official capacity; GASKINS, Officer, individual and official capacity; BASKINS, Officer, individual and official capacity; CAMPBELL, Sergeant, individual and official capacity; JONES, Sergeant, individual and official capacity; AMERISON, Mailroom Official, individual and official capacity; BRAD, Food Service Director,

individual and official capacity; ROBINS, Head Nurse, individual and official capacity,

                    Defendants.

                    ———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:19-cv-00626-DCN-KFM)

                    ———————————

Submitted:  July 16, 2019                                      Decided:  July 19, 2019

                    ———————————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

                    ———————————

Dismissed by unpublished per curiam opinion.

                    ———————————

Kevin Herriott, Appellant Pro Se.

                    ———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Herriott, a South Carolina inmate, appeals the district court's order accepting the magistrate judge's recommendation and denying his motion for a preliminary injunction. *See* 28 U.S.C. § 1292(a)(1) (2012) (providing that denial of preliminary injunction is immediately appealable interlocutory order). "[A]s a general rule, a prisoner's transfer or release from a particular prison moots his claims for injunctive and declaratory relief with respect to his incarceration there." *Rendelman v. Rouse*, 569 F.3d 182, 186 (4th Cir. 2009). Because Herriott no longer resides at the correctional institution where the events underlying his motion occurred, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
